Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

FILED'05 MAY 25 13:23USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHEN WEIRICK,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV 03-1628-HU

ORDER GRANTING ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)

Attorneys' fees in the amount of $8134.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded $4107.78 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $4026.22, minus any applicable processing fees as allowed by statute.

DATED this 25 day of May, 2005.

                                            United States District/Magistrate Judge

Presented by:

/s/ Kimberly K. Tucker
Kimberly K. Tucker, OSB # 02106
(503) 452-2375
Attorney for Plaintiff

ORDER GRANTING ATTORNEYS' FEES